# EXHIBIT A

| Plaintiff Name | Filing No. |
|---|---|
| Rivenburg, Matthew C. | 1:16-cv-01072 |
| Jeffrey, Terry & Richard | 1:16-cv-02241 |
| Owens, Howard | 1:16-cv-02459 |
| Sterling, Michelle L. | 1:16-cv-02514 |
| Blount, Lasun | 1:17-cv-00030 |
| Frederick, Francis & Regina | 1:17-cv-00031 |
| Santiago, Mary | 1:17-cv-00383 |
| Macaluso, Patricia | 1:17-cv-00540 |
| Secor, Mark & Kathleen | 1:17-cv-00764 |
| Whitesell, Jeffrey | 1:17-cv-00765 |
| Carpenter, Thomas Jr. | 1:17-cv-01490 |
| Peugh, Deborah & Mark | 1:17-cv-01491 |
| Staples, Eva and Robert | 1:17-cv-01881 |
| Ciota, John V. | 1:17-cv-02050 |
| Willett, Patrick and Terese | 1:17-cv-02052 |
| Cozza, Theresa and James | 1:17-cv-02118 |
| McGovern, Peter and Ami | 1:17-cv-02308 |
| Ruf, Donald R. II | 1:17-cv-03144 |
| Lewis, Anthony and Nancy | 1:17-cv-03475 |
| Smith, Karen K. and Todd | 1:17-cv-03741 |
| Moore, Edith H. | 1:17-cv-04029 |
| Jeffery, Sandy | 1:17-cv-04411 |
| Rose, Georgeen | 1:18-cv-00179 |
| Gelovani, Rita | 1:18-cv-01190 |
| Keba, Samantha | 1:18-cv-01427 |
| Ledney, Chad | 1:18-cv-01708 |
| Fiscarelli, John | 1:18-cv-03970 |
| Washington, Georgia L. [ESTATE OF] | 1:18-cv-03973 |
| Oldham, Timothy | 1:19-cv-02574 |
| Phelps, Casey & Jaclyn | 1:19-cv-02881 |
| Kinson, Kenneth & Mary | 1:19-cv-03871 |
| Addario, Jacqueline and Frank J. Jr. | 1:19-cv-04351 |
| Bryant, Robert and Casey-Bryant, Melissa | 1:20-cv-06156 |
| Schneibel-Gillick, Kathleen and Morris, James | 1:20-cv-06168 |